WILLIAM B. EMERY, Respondent, v. GOOD HEALTH DAIRY PRODUCTS CORPORATION OF ROCHESTER, NEW YORK, and Another, Appellants.— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the facts and a new trial in the following memorandum: The decided preponderance of the testimony is to the effect that the collision between the vehicles occurred within no more than ten feet from the spot where the truck of the defendant corporation came to a stop at the westerly curb. If this be so, the collision occurred on the westerly side of the street and under the law of the case, as announced by the court, plaintiff should not recover. (The judgment affirms a City Court of Rochester judgment in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ROSE A. CRANDALL, as Administratrix, etc., of EMRY P. CRANDALL, Deceased, Respondent, v. JAMES E. BIXBY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CATHERINE F. DELANEY, as Administratrix, etc., of GEORGE W. DELANEY, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury that negligence of the defendant was the legal cause of the death of plaintiff's intestate was contrary to and against the weight of the evidence. All concur. (The judgment is for damages for death of plaintiff's intestate resulting from a collision between an automobile and a freight car operating over tracks in a city street. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MARGARET ADWIN, as Administratrix, etc., of GEORGE W. ADWIN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 21011.) — Motion for reargument denied, with ten dollars costs. (Order entered September 17, 1935.) Present — Sears, P. J., Taylor, Crosby and Lewis, JJ.

STOKES BROTHERS, INCORPORATED, Respondent, v. CHARLES A. DREFS, JR., and Another, Appellants.— Motion for reargument denied, without costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GENERAL MOTORS ACCEPTANCE CORPORATION, Appellant, v. PEOPLE'S BANK OF HAMBURG, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. (Order entered September 17, 1935.) Present — Sears, P. J., Thompson, Crosby and Lewis, JJ.

WILLIAM J. WINTER, Appellant, v. JAMES H. ANDERSON and Others, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied on the ground that the affirmance by this court [244 App. Div. 674] was upon the question of fact as a result of which the question of law referred to in the moving papers was not material to the decision. We also deny the motion because it was not made within the required time. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.